NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1460, -1461, -1462, -1465

SPANSION, INC. and SPANSION, LLC,

Appellants,

and

FREESCALE SEMICONDUCTOR, INC., ATI TECHNOLOGIES, ULC,
and ST MICROELECTRONICS N.V.,

Appellants,

and

QUALCOMM INCORPORATED,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

TESSERA, INC.,

Intervenor.

On appeal from the United States International Trade Commission in
Investigation No. 337-TA-605.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

Spansion, Inc. et al. (Spansion) and Freescale Semiconductor, Inc. et al. and Qualcomm Incorporated (Freescale) each submit a motion for a stay, pending appeal, of the limited exclusion order and cease and desist order issued by the United States International Trade Commission on May 20, 2009. Tessera, Inc. submits correspondence concerning Spansion's and Freescale's motions and moves for leave to intervene.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     Tessera's motions for leave to intervene are granted. The revised official caption is reflected above.

(2)     Tessera and the International Trade Commission are each directed to file a combined response to Spansion's and Freescale's motions within seven calendar days of the date of filing of this order.

(3)     The above-captioned appeals are consolidated. The revised official caption is reflected above. Any other contemporaneous appeals of the ITC's decision in In the Matter of Certain Semiconductor Chips With Minimized Chip Package Size and Products Containing Same, No. 337-TA-605, will also be consolidated with the above appeals.

FOR THE COURT

JUL 22 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Paul D. Clement, Esq.
      Morgan Chu, Esq.
      Megan Valentine, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 22 2009

JAN HORBALY
CLERK

2009-1460 et al.                    2

Carter G. Phillips, Esq.
Stephen B. Kinnaird, Esq.
Kenneth R. Adamo, Esq.
Russell E. Levine, Esq.

s17